|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DAVID SHURLEY, | | CASE NO. 2:24-cv-01373-MJP |
|                  Plaintiff, | | ORDER STAYING CASE PENDING ARBITRATION |
|    v. | | |
| COASTAL MARINE SERVICES, INC., | | |
|                  Defendant. | | |

This matter comes before the Court on the Parties' Stipulated Motion to Stay Pending Arbitration. (Dkt. No. 17.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion. This matter is STAYED pending completion of individual arbitration. See 9 U.S.C. § 3. The Parties must notify the Court within 5 days of the completion of arbitration proceedings. Additionally, every 90 days (starting from the date of this Order), the Parties must file a joint status report to update the Court on the status of the arbitration and any other developments in the above-captioned matter.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated November 22, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge